# IN THE SUPREME COURT OF THE STATE OF NEVADA

TIMOTHY LEROY WILLIAMS,
                    Appellant,
            vs.
BRIAN WILLIAMS, WARDEN; AND
NANCY FLORES,
                    Respondents.

No. 72515

FILED

APR 14 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported decision denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

On March 17, 2017, the district court issued an order denying the majority of appellant's claims, but directed the State to respond to the remaining claim. As the March 17, 2017, order did not resolve all of appellant's claims, it was not a final appealable order. *See* NRS 34.575(1). Thus, appellant's notice of appeal from the March 17, 2017, order is premature. Because appellant failed to designate an appealable order, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

[1]In light of this order, we take no action on the motion for appointment of counsel filed on March 29, 2017.

17-12353

cc: Hon. Linda Marie Bell, District Judge
Timothy Leroy Williams
Attorney General/Carson City
Attorney General/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A